IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER RAJLAL,<br><br>Defendant. | Case No.: 1:13-cr-00112 LJO<br><br>**ORDER<br>WITHDRAWING THE FEDERAL<br>DEFENDER AS COUNSEL, APPOINTING<br>AD HOC CJA COUNSEL** |

Upon Defendant's motion and consent, good cause appearing, and for consistency of representation,

IT IS HEREBY ORDERED, effective December 10, 2019, withdrawing the Federal Defender as counsel and appointing Victor M. Chavez as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 582, § X(C).

IT IS SO ORDERED.

Dated: __**December 11, 2019**__    _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE